Samuel Glasscock, etc., v. Commonwealth.

**Intoxicating Liquors—License—Place of Business.**

Under a license to keep a tavern, the licensee does not have the right to keep a barroom at his storehouse detached and forty feet distance from the tavern where a separate business is conducted.

APPEAL FROM BRECKENRIDGE CIRCUIT COURT.

June 3, 1873.

Opinion by Judge Hardin:

The license to the appellants clearly imports the usual privileges of tavern keepers, which embraced the right to retail liquors at their tavern house and in connection with their business of entertaining guests; but it did not in our opinion, protect them in keeping a separate bar-room at their storehouse, detached and forty yards distant from the tavern, and where a distinct and separate business was conducted.

We therefore concur in the judgment, which is *affirmed*.

*G. Williams, for appellant.*

*Atty. General, for appellee.*